UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHELLY MCLEOD,

                          Plaintiff(s),          Civil Action No. 22-12560

v.                                       F. Kay Behm
                                       United States District Judge

52ND DISTRICT COURT AND JUDGE
JOSEPH G. FABRIZIO,            David R. Grand
                                       United States Magistrate Judge

                          Defendant(s).

_____/

## DISCOVERY MOTION PRACTICE

Pursuant to the District Court's 4/3/23 Order, this case has been referred to the undersigned for all pretrial discovery matters. (ECF No. 19). With regard to any discovery disputes, the following rules and procedures apply:

**THE PARTIES MAY NOT FILE A DISCOVERY MOTION WITHOUT LEAVE OF COURT.** Before requesting leave to file a discovery motion, the parties must:

1. Meaningfully meet and confer, via telephone or in person, and attempt to resolve, or at least narrow, any disagreements with respect to the discovery at issue. *See* E.D. Mich. LR 37.1.

2. In the event a dispute still exists after the parties confer, the parties must contact the Court's Case Manager, via telephone or email, prior to filing any discovery motion(s). The Court will then hold a telephone or video status conference with the parties regarding the subject of the dispute. **The Court will only permit discovery motions to be filed after it holds a conference on the dispute; discovery motions filed without leave of Court will be stricken from the docket.**

3. If a discovery motion is filed, the parties must comply with E.D. Mich. LR

5.1 and 7.1 regarding the form and format of motions and briefs, and the type of briefs required and permitted. All briefs must contain an index of exhibits, and the Court suggests a table of contents for briefs over ten pages. A party must move for leave to deviate from these rules. The parties also must comply with the Electronic Filing Policies and Procedures of the Eastern District of Michigan.

4.     The parties should not submit courtesy copies to the Court unless instructed to do so.

5.     Under E.D. Mich. LR 7.1(f), the Court may cancel a scheduled hearing or decide the matter without a hearing when the issues presented can be decided on the briefs.

Dated: May 15, 2023                           s/ David R. Grand
                                              DAVID R. GRAND
                                              UNITED STATES MAGISTRATE JUDGE


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 15, 2023.

                                              s/Eddrey O. Butts
                                              EDDREY O. BUTTS
                                              Case Manager