UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHELLY MCLEOD,

    Plaintiff,

v.

52ND DISTRICT COURT AND
JUDGE JOSEPH G. FABRIZIO,
in his personal capacity,

    Defendants.

Case No. 2:22-cv-12560

Hon. F. Kay Behm
Mag. Judge David R. Grand

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter coming before the Court pursuant to the stipulation and agreement of the parties; Plaintiff having agreed to dismiss the claims in the above captioned lawsuit and the Complaint in their entirety, with prejudice, and without costs or fees assessed against any parties; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the claims in the above captioned lawsuit and the Complaint are hereby dismissed in their entirety, with prejudice, and without costs or fees assessed against any party.

SO ORDERED.

Date:  October 12, 2023                         s/F. Kay Behm
                                                F. Kay Behm
                                                United States District Judge

Stipulated and agreed:

s/ Noah S. Hurwitz (w/consent)                  s/ Vincent C. Sallan
Noah S. Hurwitz (P74063)                        Christopher M. Trebilcock (P62101)
Grant M. Vlahopoulos (P85633)                   Vincent C. Sallan (P79888)
HURWITZ LAW PLLC                                CLARK HILL PLC
617 Detroit St., Suite 125                      500 Woodward Avenue, Suite 3500
Ann Arbor, MI  48104                            Detroit, MI  48226
(844) 487-9489                                  (313) 965-8300
noah@hurwitzlaw.com                             ctrebilcock@clarkhill.com
grant@hurwitzlaw.com                            vsallan@clarkhill.com

*Attorneys for Plaintiff*                       *Attorneys for Defendants*